■ In the Matter of GROUP FOR AMERICA'S SOUTH FORK, INC., et al., Petitioners, v ROBERT F. FLACKE, as Commissioner of the New York State Department of Environmental Conservation, et al., Respondents. AFIRAX OF NEW YORK, INC., Intervenor-Respondent.—Determination of the respondent State Department of Environmental Conservation, dated August 14, 1979, confirmed and proceeding dismissed on the merits, with one bill of costs to the respondents appearing separately and filing separate briefs. No opinion. Titone, J. P., Mangano, Rabin and Gulotta, JJ., concur.